## **CERTIFICATE OF SERVICE**

    I, Kevin Luibrand, an attorney, certify that on May 24, 2019, I served the foregoing document by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                                     /s/ Kevin Luibrand
                                                                     Kevin Luibrand