# LUIBRAND LAW FIRM, PLLC
### 950 NEW LOUDON ROAD, SUITE 270
### LATHAM, NEW YORK 12110

Kevin A. Luibrand
Ashlynn Savarese

Phone: (518) 783-1100
Fax:   (518) 783-1901
*Service by Fax is not accepted*

<u>Paralegal</u>:
Janet L. Murray

September 15, 2020

United States Federal Court
445 Broadway, Room 218
Albany, New York 12207

Attn: U.S. Magistrate Judge
      Christian F. Hummel

Re:   **United States v. Xiaoqing Zheng**
      **Case No.: 1:18-MJ-00434**

Dear U.S. Magistrate Judge Hummel:

This office continues to represent Defendant Dr. Xiaoqing Zheng in connection with pending indictment No.: 1:19-CR-156.

Dr. Zheng's daughter is getting married on September 26, 2020 in Columbia, New Jersey. We would ask the Court for permission allowing him to travel with his family. If permitted, he would be staying at the RoseMary Inn at 88 Hainesburg River Road, Columbia, New Jersey from September 26, 2020 and returning on September 28, 2020.

We would respectfully ask the Court's consideration in this regard.

Very truly yours,

LUIBRAND LAW FIRM, PLLC

By: Kevin A. Luibrand, Esq.

KAL:abd
enclosures

cc:   Rick Belliss, *AUSA*
      Kendra Rennie, *Probation Officer*
      Dr. Xiaoqing Zheng

Website:   LuibrandLaw.com